**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 733 MAL 2014
                                                          :
                                      Respondent    :
                                                          : Petition for Allowance of Appeal from the
                                                          : Order of the Superior Court
                             v.                         :
                                                          :
                                                          :
                                                          :
PATRICK JOSEPH MCLAINE,            :
                                                          :
                                      Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.